1  ~~Rebecca C. Padilla (CSBN: 248605)~~
2  **~~POTTER, COHEN & SAMULON~~**
   ~~3852 E. Colorado Blvd.~~
3  ~~Pasadena, CA 91107~~
   ~~Telephone: (626) 795-0681~~
4  ~~Facsimile: (626) 795-0725~~
   ~~E-mail: rpadilla@pottercohenlaw.com~~
5

6  ~~Attorney for Plaintiff~~
7

8  **UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
9  WESTERN DIVISION**

10 MARLA GUZMAN-SANCHEZ,          ) Case No.: CV 13-07629 AN
                                  )
11         Plaintiff,              ) **~~{PROPOSED}~~ ORDER AWARDING
                                  ) EQUAL ACCESS TO JUSTICE
12     vs.                        ) ACT ATTORNEY FEES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)**
13 CAROLYN W. COLVIN, Acting      )
   Commissioner of Social Security,)
14                                )
                                  )
15         Defendant              )
                                  )
16 _____ )

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that the Commissioner shall pay the amount of

20 $4,600.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of

21 the above-referenced Stipulation.

22 DATE: December 11, 2014

23                                          _____
24                                          THE HONORABLE ARTHUR NAKAZATO
                                            UNITED STATES MAGISTRATE JUDGE
25

26

-1-